FILED
SCRANTON

DEC 15 2000

PER _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUHSEN HONG, | : | CIVIL NO. **1:CV-00-2151** |
| Petitioner | : | |
| v. | : | (Judge Caldwell) |
| CHARLES ZEMSKI, District Director of INS, et al., | : | |
| | : | (Magistrate Judge Blewitt) |
| Respondents | : | |

**ORDER**

AND NOW, this 14th day of **December, 2000,** petitioner having paid the $5.00 filing fee, **IT IS HEREBY ORDERED** that:

1. The Clerk of Court is directed forthwith to serve a copy of the petition (Doc. 1) together with this Order, by certified mail on the Respondents.

2. Respondents shall show cause within twenty (20) days of the date of this Order why the petitioner should not be granted habeas corpus relief;

3. A determination as to whether or not the petitioner shall be produced for a hearing shall be held in abeyance pending the filing of a response; and

4. Petitioner shall, if he so desires, file a reply to the response to the show cause order within ten (10) days of its filing.

THOMAS M. BLEWITT
United States Magistrate Judge

Dated: December 14, 2000

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

December 18, 2000

Re:  1:00-cv-02151    Hong v. Zemski

True and correct copies of the attached were mailed by the clerk to the following:

Juhsen Hong
CTY-SNY
Snyder County Jail
0000557
600 Old Colony Rd.
Selinsgrove, PA  17870-8610

cc:
Judge                          ( )
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            (✓)  with Petition attached & mailed certified mail
                                    to:  US Atty Gen   (✓)   PA Atty Gen ( )
                                         DA of County  ( )   Respondents ( )
Bankruptcy Court               ( )
Other_____   ( )

MARY E. D'ANDREA, Clerk

DATE: 12/15/00                                    BY: _____
                                                       Deputy Clerk