DMB:MCF:pak

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUHSEN HONG,<br>    Petitioner,<br><br>v.<br><br>CHARLES ZEMSKI, District<br>Director, INS, et al.,<br>    Respondents. | ) Civil No. 1:CV-00-2151<br>)<br>) (Judge Caldwell)<br>) (Magistrate Judge Blewitt)<br>)<br>)<br>)<br>) |

FILED
SCRANTON

JAN 8 2001

PER _____ /s/
DEPUTY CLERK

## O R D E R

NOW this 8th day of January, 2001, IT IS HEREBY ORDERED THAT:

1. Respondent's Motion is granted; and

2. A response to the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 must be filed on or before __January 21, 2001__.

_____
THOMAS M. BLEWITT
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 8, 2001

Re: 1:00-cv-02151    Hong v. Zemski

True and correct copies of the attached were mailed by the clerk to the following:

    Juhsen Hong
    CTY-SNY
    Snyder County Jail
    0000557
    600 Old Colony Rd.
    Selinsgrove, PA 17870-8610

    Mary Catherine Frye, Esq.
    U.S. Attorney's Office
    Room 217 Federal Building
    228 Walnut St.
    Harrisburg, PA 17108

```
cc:
Judge                         ( )
Magistrate Judge              ( )
U.S. Marshal                  ( )
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
                                  to:  US Atty Gen   ( )    PA Atty Gen ( )
                                       DA of County  ( )    Respondents ( )

Bankruptcy Court              ( )
Other _____ ( )
```

                                        MARY E. D'ANDREA, Clerk