DMB:JJT:nz

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUHSEN HONG, | : |
| | : |
| Petitioner, | : |
| | : CIVIL NO. 1:CV-00-2151 |
| v. | : |
| | : (CALDWELL, J.) |
| CHARLES ZEMSKI, District | : (BLEWITT, M.J.) |
| Director, INS, et al., | : |
| | : |
| Respondents. | : |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That on January 24, 2001, she served a copy of the foregoing

**RESPONSE TO ORDER TO SHOW CAUSE**

by placing a copy in a postpaid envelope addressed to the persons hereinafter named, at the places and addresses stated below, which is the last known addresses, and by depositing said envelopes and contents in the United States Mail at Harrisburg, Pennsylvania to:

Helen Wang, Esquire
1011 Arch Street, Suite 200
Philadelphia, Pennsylvania  19107

*Naomi Zimmerman*
Naomi Zimmerman
Legal Secretary

N:\NZimmerman\terz\INS\Hong response to order to show cause.wpd