IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JUHSEN HONG,
    Petitioner

vs.     :    CIVIL ACTION NO. 1:CV-00-2151

CHARLES ZEMSKI, District
Director of Immigration and
Naturalization Service, and
ATTORNEY GENERAL OF THE
UNITED STATES,
    Respondents

FILED
HARRISBURG, PA

APR 3 0 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

O R D E R

AND NOW, this 30th day of April, 2001, upon consideration of the Report of the United States Magistrate Judge, dated March 22, 2001, to which no exceptions have been filed, and an independent review of the record, it is Ordered that the Magistrate Judge's Report is adopted. It is further Ordered, pursuant to the Magistrate Judge's recommendation, that:

    1. The petition for a writ of habeas corpus under 28 U.S.C. § 2241 is granted as follows.

    2. The petitioner shall be released unless, within 30 days of the date of this order, the respondent grants the petitioner a review of his detention in accord with the procedures discussed in <u>Chi Thon Ngo v. INS</u>, 192 F.3d 390 (3d Cir. 1999), or other procedures that are as favorable.

Certified from the record
Date 4/30/01
Mary E. D'Andrea, Clerk
Per _George J. Gardner_
Deputy Clerk

AO 72A
(Rev.8/82)

3. The Clerk of Court shall close this file but petitioner may reopen it if the respondent has not granted the petitioner the relief ordered within the deadline imposed.

*[signature]*
William W. Caldwell
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

April 30, 2001

Re:  1:00-cv-02151   Hong v. Zemski

True and correct copies of the attached were mailed by the clerk to the following:

    Juhsen Hong
    CTY-York
    A26-843-404
    York County Prison
    3400 Concord Road
    York, PA  17402

    Mary Catherine Frye, Esq.
    U.S. Attorney's Office
    Room 217 Federal Building
    228 Walnut St.
    Harrisburg, PA  17108

    Joseph J. Terz, Esq.
    U.S. Attorney's Office
    Room 217, Federal Building
    228 Walnut St.
    Harrisburg, PA  17108

cc:
Judge                            (✓)           ( ) Pro Se Law Clerk
Magistrate Judge                 ( )           ( ) INS
U.S. Marshal                     ( )           ( ) Jury Clerk
Probation                        ( )
U.S. Attorney                    ( )
Atty. for Deft.                  ( )
Defendant                        ( )
Warden                           ( )
Bureau of Prisons                ( )
Ct Reporter                      ( )
Ctroom Deputy                    ( )
Orig-Security                    (✓)
Federal Public Defender          ( )
Summons Issued                   ( ) with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5              ( )
Order to Show Cause              ( ) with Petition attached & mailed certified mail

```
                                    to:  US Atty Gen    ( )   PA Atty Gen   ( )
                                         DA of County   ( )   Respondents   ( )
Bankruptcy Court              ( )
Other_____  ( )
                                                        MARY E. D'ANDREA, Clerk

DATE: _____4/30/01_____                    BY: _____GT/_____
                                                   Deputy Clerk
```