⑫
5-22-01
sc

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JUHSEN HONG,
    Petitioner

vs. : CIVIL ACTION NO. 1:CV-00-2151

CHARLES ZEMSKI, District
Director of Immigration and
Naturalization Service, and
ATTORNEY GENERAL OF THE
UNITED STATES,
    Respondents

FILED
HARRISBURG, PA

MAY 21 2001

MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

O R D E R

AND NOW, this 21st day of May, 2001, upon consideration of the government's motion to vacate judgment, filed May 14, 2001, (Doc. No. 11), and in recognition of Petitioner's deportation on May 11, 2001, it is ordered that:

    1. The order entered on April 30, 2001, (Doc. No. 10), is vacated.

    2. The petition for writ of habeas corpus, filed December 13, 2000, (Doc. No. 1), is dismissed.

    3. The Clerk of Court shall close the file.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge

Certified from the record
Date 5-21-01
M__ E D'Andrea, Clerk
Per /s/ George T Gardner
Deputy Clerk

AO 72A
(Rev.8/82)

```
               UNITED STATES DISTRICT COURT
                       FOR THE
               MIDDLE DISTRICT OF PENNSYLVANIA

            * * MAILING CERTIFICATE OF CLERK * *

                       May 21, 2001


Re:  1:00-cv-02151     Hong v. Zemski


True and correct copies of the attached were mailed by the clerk
to the following:


     Juhsen Hong
     CTY-York
     A26-843-404
     York County Prison
     3400 Concord Road
     York, PA  17402

     Mary Catherine Frye, Esq.
     U.S. Attorney's Office
     Room 217 Federal Building
     228  Walnut St.
     Harrisburg, PA  17108

     Joseph J. Terz, Esq.
     U.S. Attorney's Office
     Room 217, Federal Building
     228 Walnut St.
     Harrisburg, PA  17108




cc:
Judge                           (/)            ( ) Pro Se Law Clerk
Magistrate Judge                ( )            ( ) INS
U.S. Marshal                    ( )            ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   (/)
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
```

```
                             to:  US Atty Gen  ( )   PA Atty Gen ( )
                                  DA of County ( )   Respondents ( )
Bankruptcy Court       ( )
Other_____( )
                                              MARY E. D'ANDREA, Clerk

DATE:    5/21/01                      BY:    /s/
                                              Deputy Clerk
```