Juhsen Hong
CTY-York
A26-843-404
York County Prison
3400 Concord Road
York, PA 17402

Re: 1:00-cv-02151

Please file all pleadings direct
the assigned Judge is located.
with the Judge's Chambers.

JUDICIAL OFFICERS:

Judge Sylvia H. Rambo
Judge Yvette Kane
Judge William W. Caldwell
Magistrate Judge J. Andrew Smys

Chief Judge Thomas I. Vanaskie
Judge A. Richard Caputo
Judge James M. Munley
Judge William J. Nealon
Judge Richard P. Conaboy
Judge Edwin M. Kosik
Magistrate Judge Malachy E. Ma
Magistrate Judge Thomas M. Ble

Judge James F. McClure
Judge Malcolm Muir

